UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

OGECHI EKE,
      Plaintiff,

v.                                      CIVIL ACTION NO. 13-11099-GAO

DEUTSCHE LUFTHANSA, ET AL.,
      Defendants.

## MEMORANDUM AND ORDER FOR DISMISSAL

O'TOOLE, D.J.

      On October 2, 2013, this Court issued a Memorandum and Order (Docket No. 4) outlining several legal impediments to plaintiff Ogechi Eke's claims concerning alleged excess baggage fees imposed by the airlines, and improper treatment during the course of her airline travel with her daughter. This Court ordered that Phillip Ofume and Limpt, Inc. were not permitted to intervene or participate as parties, or represent plaintiff and her daughter because they were not duly licensed attorneys. Additionally, plaintiff was not permitted to represent the interests of her daughter because she also was not a duly licensed attorney. Further, this Court pointed out the failure to set forth plausible claims upon which relief may be granted in accordance with Rule 8 of the Federal Rules of Civil Procedure. Finally, this Court noted preemption of her claims under the Warsaw Convention, and the statute of limitations as a bar to her claims.

      Plaintiff was directed to file, within 35 days (*i.e.*, by November 6, 2013), a Show Cause Response demonstrating good cause why this action should not be dismissed, as well as an Amended Complaint curing the pleading deficiencies.

      To date, plaintiff has failed to file a Show Cause Response or Amended Complaint, and the time period for doing so has expired.

      Accordingly, for the failure to comply with this Court's directives, and for the

substantive reasons set forth in the Memorandum and Order (Docket No. 4), this action is hereby

Ordered <u>DISMISSED</u> in its entirety.


SO ORDERED.


<u>November 18, 2013</u>           <u>/s/ George A. O'Toole, Jr.</u>
DATE                             GEORGE A. O'TOOLE, JR.
                                    UNITED STATES DISTRICT JUDGE